IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| KELVIN GIBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:22cv344-MHT |
| | ) | (WO) |
| ALABAMA BOARD OF PARDONS | ) | |
| AND PAROLES MEMBERS, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, a pro se prisoner
filed a lawsuit alleging violations of due process in
the denial of parole; the complaint included
allegations about the plaintiff in this case.  As the
pro se prisoner could not represent other inmates, the
United States Magistrate Judge ordered that a new case
be opened in plaintiff's name, leading to this case.
This lawsuit is now before the court on the
recommendation of the United States Magistrate Judge
that plaintiff's case be dismissed for his failure to
respond to a court order to pay a filing fee or a

motion to proceed in forma pauperis. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 26th day of October, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE